UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-151-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO SEAL |
| | ) | |
| RICHARD RAY GUERRERO, | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

It is FURTHER ORDERED that the Clerk of Court provide a signed copy of this Order to Seal to Attorney for Defendant, Leza Driscoll and Attorney for the Government, Rudy Renfer.

This the 9th day of April, 2012.

MALCOLM J. HOWARD
SENIOR UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NORTH CAROLINA